# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| RANDALL B. OTEY, | ) |
| Petitioner, | ) |
| v. | ) Case No. 5:16-cv-01661-VEH-TMP |
| STATE OF ALABAMA, et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on April 16, 2018, recommending dismissal of the petitioner's 28 U.S.C. § 2254 petition for *habeas corpus* relief. (Doc. 13). No objections to the report and recommendation have been received by the court. Having now carefully considered *de novo* all of the material in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be **ADOPTED** and the recommendation **ACCEPTED**.

It is therefore **ORDERED** that the petition for *habeas corpus* relief pursuant to 28 U.S.C. § 2254 in the above-styled cause be and hereby is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**DONE** and **ORDERED** this 9th day of May, 2018.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge